498 A.2d 276

**Harry EDWARDS and Joseph J. Caspar**

v.

**Lester KRAFT.**

**No. 18, Sept. Term, 1985.**

Court of Appeals of Maryland.

Oct. 4, 1985.

Allen G. Windsor, Baltimore (David S. Harris, Baltimore, on brief), for appellant.

Submitted on brief by Charles A. Norris, Leonardtown, for appellee.

Argued before MURPHY, C.J., and SMITH, ELDRIDGE, COLE, RODOWSKY, COUCH and McAULIFFE, JJ.

### ORDER

The petition for writ of certiorari in the above entitled case having been granted and heard, it is this 4th day of October, 1985

ORDERED, by the Court of Appeals of Maryland, that the judgment of the Court of Special Appeals be, and it is

hereby, vacated and the case remanded to that Court for consideration in light of *Miner v. Novotny*, 304 Md. 164, 498 A.2d 269 (1985) [No. 141, September Term, 1984, decided, October 4, 1985]. Costs to abide the result in the Court of Special Appeals. Mandate to be issued forthwith.